RECEIVED

DEC 1 5 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SANDRA CURLEY, ET AL | * | CIVIL ACTION NO. 14-2633 |
| VERSUS | * | JUDGE DOHERTY |
| JP MORGAN CHASE BANK N A | * | MAGISTRATE JUDGE HILL |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation.  After an independent review of the record, including the objections filed herein, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Motion to Dismiss Plaintiff's Complaint filed by defendant, JPMorganChase Bank, N.A. [Record Doc. 3] is **GRANTED**, and plaintiffs' claims are hereby **DISMISSED WITH PREJUDICE.**

Lafayette, Louisiana, this _15_ day of _December_ 2014.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE